UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

     -V-                                        **ORDER**
                                              **CR 19-401   (RJD)**

JERRELL CASEY,

                Defendant.
-------------------------------------------------------X

**DEARIE,  District Judge.**

       The Court acknowledges Mr. Casey's adjustment to supervision to date and the substantial progress he is making toward a responsible lifestyle.  After consideration of the application and the recommendation of Probation, and the full range of circumstances, the request for early termination of supervised release is denied.

       The Court will consider a renewal of this request at year's end should Mr. Casey's progress continue.

       SO ORDERED.

       Dated: January 13, 2021
       Brooklyn, New York

                                                  */S/ Raymond J. Dearie*
                                                  **RAYMOND J. DEARIE**
                                                  **UNITED STATES DISTRICT JUDGE**

**cc: Vincent Danielo U.S.P.O.**  *by electronic mail*
     **Jerrell Casey**                *by U.S. mail*